■ Lori J. Ender, Formerly Known as Lori J. Wiltberger, Appellant, v John P. Ross et al., Defendants, and Clinton Collision Co., Inc., Respondent. (Appeal No. 1.)—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, McGowan, J. (Appeal from Order of Supreme Court, Erie County, McGowan, J.—Summary Judgment.) Present—Callahan, A. P. J., Denman, Green, Balio and Davis, JJ.

■ Lori J. Ender, Formerly Known as Lori J. Wiltberger, Appellant, v John P. Ross et al., Defendants, and American Motors Corporation, Respondent. (Appeal No. 2.)—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, McGowan, J. (Appeal from Order of Supreme Court, Erie County, McGowan, J.—Summary Judgment.) Present—Callahan, A. P. J., Denman, Green, Balio and Davis, JJ.